# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | : |
|    **Plaintiff-Appellee** | : |
|       **v.** | : |
| **MARSHA KING,** | :   Record No. 16-4200 |
|    **Defendant-Appellant** | : |

## APPELLANT'S MOTION FOR LEAVE
## TO FILE OVERSIZED JOINT APPENDIX

**NOW COMES** Gregory B. English, the appellant's court-appointed counsel, and hereby moves this court for permission to file an oversized appendix. In support of this motion, the appellant states as follows:

1. The joint appendix is oversized because it includes the transcript and witness testimony from a trial that lasted 4 days.

2. The joint appendix is 805 pages including covers and tables. It includes only materials essential to this court's evaluation of the issues.

WHEREFORE, the appellant respectfully requests permission to file an oversized joint appendix.

Respectfully submitted,

/signed/
Gregory B. English
The English Law Firm, PLLC
601 King Street, Suite 406
Alexandria, Virginia 22314
(703) 739-1368
Fax: (571) 312-6445
gbeuva@gmail.com
*Counsel for Appellant*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 5th day of August, 2016, I caused this motion to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

>AUSA Steven Haynie
>steve.haynie@usdoj.gov

>/signed/
>Gregory B. English
>The English Law Firm, PLLC
>601 King Street, Suite 406
>Alexandria, Virginia 22314
>(703) 739-1368
>Fax: (571) 312-6445
>gbeuva@gmail.com
>*Counsel for Appellant*